# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MAIN DISTRICT OF ARIZONA
## PHOENIX DIVISION

IN RE:          §
         §    **CASE NO.** 08-14726
 John Viola          §
         §    **CHAPTER** 13
      **DEBTORS**          §

## NOTICE OF CHANGE OF CREDITOR ADDRESSES AND LOAN NUMBER

TO THE DEBTOR, TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

      Notice is hereby given that Bank of America, N.A. has changed the servicing of this account to BAC Home Loan Servicing, L.P., a subsidiary of Bank of America, N.A. and consequently is changing the loan number and payment and notice addresses for purpose of this account.  Therefore all payments and notices should be sent to BAC Home Loan Servicing, L.P. at the new addresses with the new loan number effective November 13, 2009.

**CREDITOR NAME:**          **BAC HOME LOAN SERVICING, L.P.**

**OLD LOAN NUMBER:**          xxxxxx4232

**NEW LOAN NUMBER:**          xxxxx6906

**OLD PAYMENT ADDRESS:**     475 Crosspoint Parkway
                                  Getzville, New York 14068

**NEW PAYMENT ADDRESS:**     7105 Corporate Drive
                                  Plano, Texas 75024

**OLD NOTICE ADDRESS:**     475 Crosspoint Parkway
                                  Getzville, New York 14068

**NEW NOTICE ADDRESS:**     7105 Corporate Drive
                                  Plano, Texas 75024

Should you have any questions regarding this notice or the information contained herein, please contact BAC Home Loan Servicing, L.P.:
Name:                       Jennifer Schnaufer
Telephone Number:     716-635-2782
Fax Number:            716-635-7236
E-mail Address:        jennifer.r.schnaufer@bankofamerica.com

Respectfully submitted,
National Bankruptcy Services

<u>/s/ Larry J. Buckley</u>
Larry J Buckley
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: changeofaddress@NBSDefaultservices.com
Authorized Agent for BAC Home Loan Servicing, L.P.

**CERTIFICATE OF SERVICE**

       I, Larry J. Buckley, hereby certify that a true and correct copy of the foregoing Notice of Change of Addresses and Loan Number has been served upon the following parties in interest electronically or by pre-paid regular U.S. Mail on the _19th_ day of _____October_____ 20_09_ :

Debtor
John Viola
15057 W Fillmore St
Goodyear, AZ 853384127

Debtors' Attorney
CARLENE M. SIMMONS
101 N 1st Ave Ste 2430
Phoenix, AZ 850031918

Chapter 13 Trustee
RUSSELL BROWN
3838 N Central Ave Ste 800
Phoenix, AZ 850121965

                                   Larry J. Buckley

Case No. 08-14726