Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346
aevertsen@ch13bk.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re                                          In Proceedings Under Chapter 13

JOHN A. VIOLA,

                                          Case No. 08-14726 PHX CGC

             Debtor(s).         **TRUSTEE'S MOTION TO DISMISS CASE**
_____

    Russell A. Brown, CHAPTER 13 TRUSTEE, pursuant to 11 U.S.C. § 1307(c), moves to dismiss the case. The Debtor(s) have defaulted for about 3 plan payments, totaling $1320.00. Pursuant to the procedures order entered in this case, or General Order 83 or 95, the Court will grant the Motion unless by September 8, 2010, the Debtor(s): (1) Bring the Plan payments current; (2) File a Notice of Conversion to Chapter 7 and serve a copy on the Trustee; or (3) File a modified plan containing a moratorium of the delinquent Plan payments, or a motion for a moratorium, and serve it on all parties. The Debtor(s) should get advice from their attorney on what effect the new bankruptcy laws would have on filing another case. A copy of this document was mailed to each party below on or before August 7, 2010:

CARLENE M. SIMMONS
MACEY & ALEMAN
101 N. FIRST AVE. , STE 2430
PHOENIX, AZ 85003-


JOHN A. VIOLA
15057 WEST FILLMORE STREET
GOODYEAR, AZ 85338


JOHN A. VIOLA