LAW OFFICES
**DAVIS MILES, PLLC**
**CARLENE M. SIMMONS 022280**
80 E. Rio Salado Pkwy., Ste. 401
Tempe, AZ  85281
Telephone: (480)733-6800
 Fax: (480) 733-3748
efile.dockets@davismiles.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE<br><br>JOHN A. VIOLA,<br><br>     DEBTOR. | Case No. 2:08-bk-14726-CGC<br><br>**In Proceedings Under Chapter 13**<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Debtor(s) remain clients of Macey & Aleman, 101 N. 1st Ave., Ste. 2400, Phoenix, 85003. Debtor(s) case has been reassigned to Attorney Jody Corrales, ECF Electronic Notification is JAC@legalhelpers.com.

Respectfully Submitted,

                DAVIS MILES, PLLC
                /s/ Carlene M. Simmons
                Carlene M. Simmons #022280
                80 E. Rio Salado Parkway, Suite 401
                Tempe, Arizona  85281
                TEL: (480) 733-6800
                FAX: (480) 733-3748